### MAY 18, 1989

No. A–903.  BOYLSTON, ATTORNEY AD LITEM FOR UNBORN CHILD OF T. W. *v.* T. W.  Dist. Ct. App. Fla., 5th Dist.  Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* denied.  Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  The order heretofore entered by JUSTICE KENNEDY on May 16, 1989, is vacated.